■ In the Matter of the Estate of DORIS DUKE, Deceased. [643. NYS2d 297] —Appeals deemed withdrawn in accordance with the order and decree of the Surrogate's Court, dated May 15, 1996. Concur—Murphy, P. J., Sullivan, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS HILL, Appellant. [643 NYS2d 333] —Appeal dismissed. *(People v Perez,* 38 NY2d 904 [1976].) Concur—Milonas, J. P., Ellerin, Rubin, Kupferman and Ross, JJ.

■ In the Matter of MARVIN R. JAVITZ, a Disbarred Attorney, for Reinstatement. [643 NYS2d 333] —Motion to confirm the Hearing Panel's report and deny petitioner's request for reinstatement granted. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Williams and Tom, JJ.